En el Tribunal Supremo de Puerto Rico

| In re: | |
|---|---|
| Medidas Judiciales para Atender Emergencias Causadas por el Huracán Lenny | 99 TSPR 173 |

Número de Resolución: EM-1999-5

Fecha: 18/NOV/1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In Re:

Medidas Judiciales para
Atender Emergencias Causadas
por el Huracán Lenny


                           EM-99-05




                          RESOLUCION



San Juan, Puerto Rico a 18 de noviembre de
1999

    Desde el pasado martes 16 del corriente,
se emitió para Puerto Rico un aviso de
huracán.  En vista de ello, este Tribunal
decretó la suspensión de los trabajos
ordinarios de la Rama Judicial los días 16
y 17 de noviembre.  Como consecuencia del
paso de dicho huracán a pocas millas de
las costas sur y suroeste de Puerto Rico,
algunas de nuestras vías públicas han
resultado intransitables y se ha
interrumpido el servicio eléctrico en
ciertas áreas.  También han ocurrido
derrumbes e inundaciones en diversos
lugares de la Isla.  Tales circunstancias
han interrumpido la labor de muchos
abogados.  También se ha hecho difícil el
acceso a algnos de los edificios que
albergan nuestros tribunales.

    Como resultado de lo anteriormente
expuesto, y al amparo de nuestra facultad

de reglamentar los procesos judiciales en situaciones de emergencia como la presente, se extenderán hasta el lunes 22 de noviembre de 1999, los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos judiciales que, de otro modo, hubieren vencidos los días 16, 17 y 18 de noviembre de 1999.

Al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por el artículo 388 del Código Político de 1902, 1 L.P.R.A., sec. 72, teniendo los mencionados días el mismo efecto que los días feriados.

Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naveira de Rodón y los Jueces Asociados señores Fuster Berlingeri y Corrada del Río no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo